**Robert Lee HUGHES, Appellant,**

v.

**STATE of Texas, Appellee.**

**No. 27874.**

Court of Criminal Appeals of Texas.

Oct. 5, 1955.

Reid & Reid, T. M. Reid, Abilene, for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is the unlawful possession of beer for the purpose of sale in a dry area; the punishment, 60 days in jail and a fine of $200.

Accompanying the record is an affidavit in proper form executed by the appellant requesting the dismissal of the appeal.

The request is granted, and the appeal is dismissed.

**Milton Joseph HIGGINBOTHAM, Appellant,**

v.

**The STATE of Texas, Appellee.**

**No. 27896.**

Court of Criminal Appeals of Texas.

Oct. 5, 1955.

No appearance for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is driving while intoxicated as a second offender; the punishment, a fine of $400.

Accompanying the record is an affidavit in proper form executed by the appellant requesting the dismissal of the appeal.

The request is granted, and the appeal is dismissed.